UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DBW PARTNERS LLC<br>d/b/a THE CAPITOL FORUM,<br><br>        Plaintiff,<br><br>v.<br><br>BLOOMBERG, L.P. and<br>BLOOMBERG FINANCE, L.P.<br><br>        Defendants. | Civil Action No. 19-cv-00311-RBW |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff DBW Partners LLC d/b/a The Capitol Forum, hereby gives notice that the fourth cause of action for tortious interference with contract in the above-captioned action is voluntarily dismissed, without prejudice, against the Defendants.

Dated: Washington, DC
       March 15, 2019

                                Respectfully submitted,

By: _____
John B. Williams (DC Bar #257667)
Fara N. Kitton (DC Bar #1007793)
WILLIAMS LOPATTO PLLC
1200 New Hampshire Ave., NW, Ste. 750
Washington, DC 20036
Tel.: (202) 296-1611
jbwilliams@williamslopatto.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 15th, 2019, a true and correct copy of Plaintiff's Notice of Voluntary Dismissal was filed electronically with the Clerk of Court for the United States District Court for the District of Columbia using the CM/ECF system, which sent notification of such filing to Plaintiff's counsel of record:

        Tara M. Lee, Esq. (taralee@quinnemanuel.com)
        Quinn Emanuel Urquhart & Sullivan, LLP
        1300 I St. NW, Suite 900
        Washington, D.C. 20005

        Robert L. Raskopf (robertraskopf@quinnemanuel.com)
        Jessica A. Rose (jessicarose@quinnemanuel.com)
        Quinn Emanuel Urquhart & Sullivan, LLP
        51 Madison Ave., 22nd Floor
        New York, New York 10010

_/s/_____
John B. Williams